LAWRENCE, Judge: When this appeal for a reappraisement was called for hearing, there was no appearance on behalf of plaintiff.

An examination of the official record discloses no reason for disturbing the presumptively correct value for the merchandise found by the appraiser.

I, therefore, find and hold the proper dutiable value of the merchandise covered by this appeal to be the value found by the appraiser.

Judgment will be entered accordingly.

**REHEARING MOTION GRANTED**

FEBRUARY 3, 1959

**Reap. Dec. 9310.**—Starlight Trading, Inc. *v.* United States,

Motion by plaintiff.

(Reap. Dec. 9311)

LURIA STEEL & TRADING CORP.
KURT ORBAN & CO.          *v.* UNITED STATES
F. J. CAZALAS ET AL.

Entry No. 686, etc.

(Decided February 13, 1959)

*Sharretts, Paley & Carter* (*Howard Clare Carter* of counsel) for the plaintiffs.
*George Cochran Doub*, Assistant Attorney General (*Daniel I. Auster* and *William J. Vitale*, trial attorneys), for the defendant.

RAO, Judge: The merchandise covered by the above-enumerated appeals for reappraisement, which have been consolidated for purposes of trial, consists of prime hot rolled Thomas quality commercial